# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DRAKE EDWARDS, | : | |
| Plaintiff, | : | Case No. 3:16cv00070 |
| vs. | : | District Judge Thomas M. Rose<br>Chief Magistrate Judge Sharon L. Ovington |
| LAWRENCE LASKY ESQ., *et al.*, | : | |
| Defendants. | : | **DECISION AND ENTRY** |

The Court has reviewed the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #4), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations docketed on March 8, 2016 (Doc. #4) is ADOPTED in full;

2. Plaintiff Drake A. Edward's Motion and Appeal be DISMISSED with prejudice pursuant to 28 U.S.C. §1915(e)(2), (3);

3. The Court certify under 28 U.S.C. §1915(a)(3) that Plaintiff's appeal from this Court, if any, would not be taken in good faith; and,

4. The case is terminated on the docket of this Court.

March 29, 2016                                           *s/Thomas M. Rose

                                                    _____
                                                    Thomas M. Rose
                                                    United States District Judge